DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Francis Gibbs, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>) | CASE NO. 4:07 CR 480<br>(Civil Case No. 4:08 CV 2982)<br><br><u>JUDGMENT ENTRY</u> |

For the reasons set forth in the memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for habeas relief is denied.  The Court declines to issue a certificate of appealability finding no basis for a certificate of appealability.  Case closed.

IT IS SO ORDERED.

| | |
|---|---|
| <u>May 15, 2009</u><br>Date | <u>/s/ David D. Dowd, Jr.</u><br>David D. Dowd, Jr.<br>U.S. District Judge |